

USDC- GREENBELT
'24 APR 12 AM 10:24

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. TDC24CR123 |
| v. | * | |
| JACQUELINE HUDSON AMOLE, | * | False Statement to a Government Agency |
| | * | 18 U.S.C. § 1001(a)(3) |
| Defendant | * | |

*******

## INFORMATION

### COUNT ONE

The United States, acting through its attorneys, charges that:

In or about May 2020, in the District of Maryland, the defendant,

**JACQUELINE HUDSON AMOLE,**

in a matter within the jurisdiction of the executive branch of the government of the United States, namely the Department of Defense, did knowingly and willfully make and use false documents knowing that the documents contained materially false, fictitious, and fraudulent statements, including that Company A had been awarded a subcontract on a NASA contract requiring Top Secret clearance.

IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 1001(a)(3).

Dated: April 12, 2024

*[signature]*
JONATHAN KANTER
Assistant Attorney General
Antitrust Division
U.S. Department of Justice

*[signature]* Ryan Tansey
RYAN TANSEY
Chief, Washington Criminal Section

*[signature]*
JONATHAN POMERANZ
MATTHEW LUNDER
ZACHARY TROTTER
Trial Attorneys
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW
Suite 11300
Washington, DC 20530
Phone 202-316-2179
Email jonathan.pomeranz@usdoj.gov